USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
  GO NEW YORK TOURS, INC.,                                    :
                                                              :
                                      Plaintiff,              :
                                                              :      19-CV-9803 (VEC)
                         -against-                            :
                                                              :              ORDER
                                                              :
  TOUR CENTRAL PARK INC.,                                     :
                                                              :
                                      Defendant.              :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 24, 2020, the parties called Chambers about a discovery dispute;

IT IS HEREBY ORDERED THAT the parties are to appear at a telephonic conference on **Tuesday, September 29, 2020, at 4:00 P.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 9803.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  September 24, 2020
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**