```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  GO NEW YORK TOURS, INC.,                                     :
                                                               :
                                    Plaintiff,                 :
                                                               :      19-CV-9803 (VEC)
                         -against-                             :
                                                               :      ORDER
                                                               :
  TOUR CENTRAL PARK INC.,                                      :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on September 29, 2020, a status conference was held in this matter;

   IT IS HEREBY ORDERED that for the reasons stated at the conference, any motion to quash with respect to the financial information at issue is DENIED. Such information must be turned over as part of fact discovery, using the highest levels of confidence and designated as attorneys' eyes only, pursuant to the Stipulated Confidentiality Agreement and Protective Order, Dkt. 26.

   IT IS FURTHER ORDERED that parties are to continue submitting monthly reports, pursuant to the Court's Order, Dkt. 17. The parties next monthly report is due no later than **Monday, November 2, 2020**. The Court reminds the parties that fact discovery is set to conclude by no later than November 13, 2020, Dkt. 33, and that the next status conference is scheduled for **Friday, November 20, 2020, at 10:00 A.M.**, Dkt. 33. The dial in information for that conference remains the same, Dkt. 33.

**SO ORDERED.**

Date: September 30, 2020
      New York, NY

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**