UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> TOUR CENTRAL PARK INC., <br><br> Defendant. | 19-CV-9803 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    On November 28, 2023, counsel for Defendant Tour Central Park Inc. filed a motion to for Pardalis & Nohavicka, LLP to withdraw as Defendant's counsel. *See* ECF No. 74.

    Any opposition to the motion to withdraw shall be filed by **December 11, 2023**, and any reply shall be filed by **December 15, 2023**. Unless and until the Court grants the motion, Pardalis & Nohavicka, LLP remains counsel of record. If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

    Defense counsel shall serve this order on their client by December 5, 2023.

    SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                        United States District Judge