UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC.,<br><br>       Plaintiff,<br><br>  -against-<br><br>TOUR CENTRAL PARK INC.,<br><br>       Defendant. | 19-CV-9803 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's December 12, 2023 Order, Dkt. 77, Defendant was required to retain new counsel no later than January 9, 2024. To date, new counsel for Defendant has not entered an appearance on the docket. As a courtesy, the deadline for Defendant to obtain new counsel and for counsel to enter an appearance is hereby EXTENDED, *nunc pro tunc*, to **February 5, 2024**.

  SO ORDERED.

Dated: January 10, 2024
    New York, New York

                          ARUN SUBRAMANIAN
                         United States District Judge