UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> TOUR CENTRAL PARK INC., <br><br> Defendant. | 19-CV-9803 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

No later than **January 29, 2024**, the parties should file a joint letter updating the Court on the status of the state court litigation.

SO ORDERED.

Dated: January 17, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge